IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENNIS WOODS BOWDEN, | § | |
| Movant, | § | |
| | § | 3:18-CV-1050-M |
| v. | § | 3:10-CR-152-M (01) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case.

It is therefore ORDERED, ADJUDGED and DECREED that the motion to vacate, set-aside or correct sentence pursuant to 28 U.S.C. § 2255 is transferred to the United States Court of Appeals for the Fifth Circuit for appropriate action.

The Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

SIGNED this 23rd day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE